IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| Nichole Y. Sartor | § | |
|     *Plaintiff,* | § | |
| | § | |
| vs. | § | CIVIL ACTION No: 06-4044 |
| | § | |
| Union Pacific Corporation, | § | |
| Union Pacific Railroad Company | § | |
|     *Defendants*. | § | |

## NOTICE OF APPEARANCE

The following counsel hereby submits this Notice of his appearance as one of the attorneys for Plaintiff, Nichole Sartor:

R. Benjamin King
**NIX, PATTERSON & ROACH, LLP**
2900 Saint Michael Drive, Suite 500
Texarkana, Texas 75503
Telephone: 903.223.3999
Facsimile: 903.223.8520
benking@nixlawfirm.com

Mr. King respectfully requests that copies of all notices, pleadings, and other matters be served upon him at the above-listed address.

                                            Respectfully submitted,

                                            _/s/_____
                                            R. BENJAMIN KING
                                            Arkansas   Bar No. 2005260

**NIX, PATTERSON & ROACH, LLP**
2900 St. Michael Drive, Suite 500
Texarkana, Texas 75503
Telephone:  903.223.3999
Facsimile:  903.223.8520

BRADY PADDOCK
Texas Bar No. 00791394
bpaddock@nixlawfirm.com
**NIX, PATTERSON & ROACH, LLP**
2900 St. Michael Drive, Suite 500
Texarkana, Texas 75503
Telephone: 903.223.3999
Facsimile:  903.223.8520

MATT KEIL
mkeil@kglawfirm.com
Arkansas Bar No. 86099

JOHN GOODSON
jcgoodson@glawfirm.com
Arkansas Bar No. 90018

SHORTY BARRETT
sbarrett@glawfirm.com
Arkansas Bar No. 2006066

**KEIL & GOODSON**
611 Pecan
Texarkana, Arkansas 71854
Telephone: 870.772.4113
Facsimile:  870.773.2967

**ATTORNEYS FOR PLAINTIFF
NICHOLE SARTOR**

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that a true and correct copy of the foregoing document was served on the 5th day of June, 2006.

Sean Rommell
PATTON, ROBERTS, McWILLIAMS & CAPSHAW, L.L.P.
2900 St. Michael Drive, Suite 400
Texarkana, Texas 75503


            ___/s/_____
             **R. BENJAMIN KING**

_____