IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| NICHOLE Y. SARTOR § | | |
| § | | |
| **Plaintiff** § | | |
| § | | |
| vs. § | No. 4:06-cv-4044 | |
| § | | |
| UNION PACIFIC CORPORATION, § | | |
| UNION PACIFIC RAILROAD § | | |
| COMPANY § | | |
| § | | |
| **Defendant** § | | |

## NOTICE OF ATTORNEY APPEARANCE

Comes now Jack T. Patterson, II, of the law firm Patton, Roberts, McWilliams & Capshaw, LLP, and hereby enters his appearance as an attorney of record in this cause in behalf of Defendants Union Pacific Railroad Corporation and Union Pacific Railroad Company and requests the Clerk of the above named Court to enter the same of record.

Respectfully submitted,

/s/ Jack T. Patterson, II

George L. McWilliams
Arkansas Bar No. 68078
Sean F. Rommel
Arkansas Bar No. 94158
Leisa B. Pearlman
Arkansas Bar No. 92070
Jack T. Patterson II
Arkansas Bar No. 95012

NOTICE OF ATTORNEY APPEARANCE – Page 1

**PATTON, ROBERTS,
McWILLIAMS & CAPSHAW, L.L.P.**
2900 St. Michael Drive, Suite 400
Post Office Box 6128
Texarkana, Texas 75505-6128
Telephone: (903) 334-7000
Facsimile:  (903) 334-7007

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record in the above action who have agreed to service by electronic filing on this 7TH day of August, 2006.

              /s/ Jack T. Patterson, II
              JACK T. PATTERSON, II