# EXHIBIT "B"



## Corporate Information
## Company Overview

### Union Pacific Corporation
Union Pacific Corporation (NYSE:UNP) is one of America's leading transportation companies. Its principal operating company, Union Pacific Railroad, is the largest railroad in North America, covering 23 states across two-thirds of the United States.

### Company Vision Statement
Union Pacific is committed to be a railroad where
our customers want to do business,
our employees are proud to work,
shareholder value is created and
the safety of the public and our employees is our top priority.

### Union Pacific Railroad Fast Facts

| | |
|---|---|
| *Route Miles* | **32,400** |
| *Employees* | **50,000** |
| *Annual Payroll* | **$3.6 billion** |
| *Purchases Made* | **$3.9 billion** |
| *Locomotives* | **8,000** |
| *Freight Cars* | **107,000** |

 **System Map** – get expanded views of different system map segments

### The Largest Railroad in the U.S.A.
Union Pacific Railroad is an operating subsidiary of Union Pacific Corporation. It is the largest railroad in North America, operating in the western two-thirds of the United States. The railroad serves 23 states, linking every major West Coast and Gulf Coast port and provides service to the east through its four major gateways in Chicago, St. Louis, Memphis and New Orleans. Additionally, Union Pacific operates key north/south corridors and is the only railroad to serve all six major gateways to Mexico. UP also interchanges traffic with the Canadian rail systems.

The railroad has one of the most diversified commodity mixes in the industry, including chemicals, coal, food and food products, forest products, grain and grain products, intermodal, metals and minerals, and automobiles and parts.

Union Pacific's largest single customer is APL Limited, a steamship company that operates in the Pacific. Second is General Motors, followed by an assortment of chemical companies and utilities.

The railroad is the nation's largest hauler of chemicals, much of which originates along the Gulf Coast near Houston, Texas. Union Pacific is also one of the largest intermodal carriers – that is the transport of truck trailers and containers.

Having access to the coal-rich Powder River Basin in Wyoming and coal fields in Illinois, Colorado

and Utah, the railroad moves more than 250 million tons of coal annually. It's one of Union Pacific's fastest-growing business areas. The company is investing millions of dollars annually to add capacity to handle coal traffic, including new locomotives, and new double and triple track main lines.

Although Union Pacific Railroad's primary role is transporting freight, it also runs a substantial commuter train operation in Chicago.