# EXHIBIT "E"



## History and Photos
## 2002 - Today
## Shield and Building America ℠

### Official UPRR Identifiers
The Union Pacific Shield and "Building America ℠" tag line have been carefully crafted to communicate an immediate and lasting impression of our company. They are the foundation of the Union Pacific brand.

The logo and tag line are the first steps in communicating the image and the promise of Union Pacific – unmatched service, quality and reliability that customers expect from us. The guidelines for the Union Pacific Brand Identity are online at **www.up.com/brand**

### Milestones

**2002 Shield.**



**2002 Shield with Building America ℠ tagline.**

