# EXHIBIT "F"



# Arkansas

### Commodities and Customers

  Union Pacific is Arkansas' largest railroad, serving the state's food processing, forest products and poultry industries. Major commodities hauled by UP in the state include soybeans, cotton, rice, bauxite, manganese and glass. The railroad is a vital link for western coal, used by Arkansas Power & Light electrical generating plants at Newark and White Bluff.

In addition to Arkansas Power and Light, Union Pacific's customers in Arkansas include Minnesota Mining & Manufacturing Company, Unimin Corporation, and Georgia Pacific.

North Little Rock is the hub of UP's operations in Arkansas, where the railroad operates the $40 million Downing B. Jenks locomotive repair shop, the largest and most modern on the system. North Little Rock is also the site of the system's second largest freight car classification yard. In addition to Union Pacific's facilities in Little Rock, UP operates a $70 million state-of-the-art, 600-acre intermodal facility at Marion, 10 miles west of Memphis, and a classification yard at Pine Bluff.

Amtrak operates passenger train service over Union Pacific's main line through the state, connecting St. Louis with Texas.

### Fast Facts in Arkansas

| | |
|---|---|
| Miles of Track | **1,344** |
| Employees | **2,863** |
| Annual Payroll | **$159.6 million** |
| Purchases Made | **$103.6 million** |

Printer Friendly Version of this page