# EXHIBIT "G"





## Jenks Shop Complex

The North Little Rock locomotive overhaul and maintenance facilities are the largest of their kind on the Union Pacific Railroad (UPRR) and among the largest in the world. The Jenks Shop locomotive complex employs more than 1,100 skilled and dedicated workers, who perform heavy maintenance on a fleet of 7,000 locomotives that pull more than 2,000 trains each day throughout the western two-thirds of the United States.

The shop complex was named after Downing B. Jenks, former chairman of Missouri Pacific Railroad, which joined the UP family via merger in 1982.

The majority of the complex is dominated by the main Jenks Shop heavy locomotive repair facility, with more than 272,000 square feet of space, 227,000 of which is devoted to the main shop floor.

In a tight cluster to the north and east of the main shop are five other structures and several designated areas, each with a special purpose, including a material storage yard, storage tracks, a load test facility, a shutdown/start-up area, a prewash building, a tank farm and a pumphouse, plus a locomotive paint shop, air brake shop, wheel shop, turbo repair shop and component remanufacturing center.