IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| Nichole Y. Sartor | § | |
|    *Plaintiff,* | § | |
| | § | |
| vs. | § | No. **06-4044** |
| | § | |
| Union Pacific Corporation, | § | |
| Union Pacific Railroad Company | § | |
|    *Defendants.* | § | |

### UNION PACIFIC RAILROAD COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

COMES NOW Defendant Union Pacific Railroad Company, and for its Unopposed Motion for Extension of Time to File its Reply Brief to Plaintiffs' Response to Union Pacific Railroad Company's Motion to Dismiss Pursuant to Fed. R. Civil P. 12(b)(6), would respectfully show the Court the following:

On September 5, 2006, Plaintiffs filed their response to Union Pacific Railroad Company's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6). Due to conflicts in the below-signed counsel's schedule, counsel is requesting additional time to file Union Pacific Railroad Company's reply brief to Plaintiffs' response. Undersigned counsel has conferred with Plaintiffs' counsel and has been informed that Plaintiffs do not oppose this relief. Counsel for Union Pacific Railroad Company would request up to and including September 20, 2006, in which to file the reply brief.

WHEREFORE, PREMISES CONSIDERED, Union Pacific Railroad Company prays this Court grant its Unopposed Motion for Extension of Time to File its Reply Brief, allow Union Pacific Railroad Company up to and including September 20, 2006, in

which to file its reply, and grant Union Pacific Railroad Company all other relief to which it may prove itself entitled.

        Respectfully submitted,

        <u>/s/ Sean F. Rommel</u>
        George L. McWilliams
        Arkansas Bar No. 68078
        Sean F. Rommel
        Arkansas Bar No. 94158
        Leisa B. Pearlman
        Arkansas Bar No. 92070
        Jack T. Patterson, II
        Arkansas Bar No. 95012

        PATTON, ROBERTS, McWILLIAMS
        &amp; CAPSHAW, L.L.P.
        2900 St. Michael Drive, Suite 400
        Post Office Box 6128
        Texarkana, Texas  75505-6128
        Telephone:  903-334-7000
        Facsimile:   903-334-7007

        ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record in the above action who have agreed to service by electronic filing on this 11th day of September, 2006.

                                              /s/ Sean F. Rommel
                                              SEAN F. ROMMEL