IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

NICOLE Y. SARTOR                                                                                        PLAINTIFF

VS.                                              CASE NO. 06-CV-4044

UNION PACIFIC CORP., and
UNION PACIFIC RAILROAD CO.                                                              DEFENDANTS

## ORDER

    Before the Court is Defendant Union Pacific Corporation's Unopposed Motion for Extension of Time to File its Reply Brief to Plaintiff's Response to Defendant Union Pacific Corporation's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6).  (Doc. 15).  Plaintiff Nicole Y. Sartor responded to the motion to dismiss for failure to state a claim on September 5, 2006.  (Doc. 11).  In the motion, Defendant Union Pacific Corporation states that Counsel for Plaintiff Nicole Y. Sartor does not oppose the requested extension.  Upon consideration, the Court finds Defendant Union Pacific Corporation's motion for extension should be and hereby is **GRANTED**.  Defendant Union Pacific Corporation has up to and including September 20, 2006 to file its reply brief.

    **IT IS SO ORDERED**, this 14th day of September, 2006.

                                                 /s/Harry F. Barnes
                                                 Hon. Harry F. Barnes
                                                 United States District Judge