IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **Nichole Y. Sartor** | § | |
| *Plaintiff,* | § | |
| | § | |
| **vs.** | § | **No. 06-4044** |
| | § | |
| **Union Pacific Corporation,** | § | |
| **Union Pacific Railroad Company** | § | |
| *Defendants.* | § | |

### UNION PACIFIC CORPORATION'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

COMES NOW Defendant Union Pacific Corporation, and for its Second Unopposed Motion for Extension of Time to File its Reply Brief to Plaintiff's Response to Union Pacific Corporation's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2), would respectfully show the Court the following:

On September 5, 2006, Plaintiff filed her response to Union Pacific Corporation's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2). After filing an unopposed motion for an extension of time in which to file its reply brief, the Court gave Union Pacific Corporation up to and including September 20, 2006, in which to file its reply. Due to continued conflicts in the below-signed counsel's schedule, counsel is requesting additional time in which to file Union Pacific Corporation's reply brief to Plaintiff's response. Undersigned counsel has conferred with Plaintiff's counsel and has been informed that Plaintiff does not oppose this relief. Counsel for Union Pacific Corporation would request up to and including September 25, 2006, in which to file its reply brief.

WHERFORE, PREMISES CONSIDERED, Union Pacific Corporation prays this Court grant its Second Unopposed Motion for Extension of Time to File its Reply Brief,

allow Union Pacific Corporation up to and including September 25, 2006, in which to file its reply, and grant Union Pacific Corporation all other relief to which it may prove itself entitled.

                                Respectfully submitted,

                              /s/ Sean F. Rommel
                              George L. McWilliams
                              Arkansas Bar No. 68078
                              Sean F. Rommel
                              Arkansas Bar No. 94158
                              Leisa B. Pearlman
                              Arkansas Bar No. 92070
                              Jack T. Patterson, II
                              Arkansas Bar No. 95012
                              PATTON, ROBERTS, McWILLIAMS
                               & CAPSHAW, L.L.P.
                              2900 St. Michael Drive, Suite 400
                              Post Office Box 6128
                              Texarkana, Texas 75505-6128
                              Telephone:  903-334-7000
                              Facsimile:   903-334-7007

                              ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record in the above action who have agreed to service by electronic filing on this 20th day of September, 2006.


                                                  <u>/s/ Sean F. Rommel</u>
                                                  SEAN F. ROMMEL