# EXHIBIT "A"

Case 4:06-cv-04044-HFB   Document 24-1   Filed 09/25/06   Page 1 of 3 PageID #: 530

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| Nichole Y. Sartor<br>*Plaintiff,* | §<br>§<br>§ | |
| vs. | §<br>§ | No. <u>06-4044</u> |
| Union Pacific Corporation,<br>Union Pacific Company<br>*Defendant.* | §<br>§<br>§<br>§ | |

## AFFIDAVIT OF C. W. SAYLORS

| | |
|---|---|
| STATE OF NEBRASKA | § |
| | § |
| COUNTY OF DOUGLAS | § |

On this day, C. W. Saylors appeared before me, the undersigned notary public, and after being duly sworn, said:

"1. My name is C. W. Saylors. I am over the age of eighteen and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I am an Assistant Secretary for both Union Pacific Corporation and the Union Pacific Railroad Company. As such, I am familiar with the corporate organization of Union Pacific Corporation and Union Pacific Railroad Company and am capable of explaining same.

3. Union Pacific Railroad Company is a subsidiary of the Union Pacific Corporation. Union Pacific Railroad Company is an independent corporate entity which is separate, distinct, and operating independently from its parent, Union Pacific Corporation.

4. Union Pacific Corporation is a holding company and, as such, does not operate, repair, maintain or inspect railcars in the State of Arkansas or any other state. Union Pacific Corporation has no contacts in Arkansas that might in any way be characterized as continuous or substantial business activity in Arkansas.

5. Union Pacific Corporation is not and has never been licensed to do business within the State of Arkansas and has no agent for service of process in the State of Arkansas.

6. Union Pacific Corporation does not do business as Union Pacific Railroad Company in the State of Arkansas.

7. Union Pacific Corporation has not committed any act or omission in regard to this case. Union Pacific Corporation is not the proper party to this lawsuit.

8. Union Pacific Railroad Company is a fully capitalized corporate entity that is capable of satisfying any judgment rendered against it that can reasonably be anticipated in the context of personal injury litigation.

9. Union Pacific Railroad Company has filed its proper operating name with the Arkansas Railroad Commission. Union Pacific Railroad Company accepts service of process and answers for all railroads and railways that it has acquired over time.

10. Union Pacific Railroad Company is the proper party to any lawsuit alleging personal injury resulting from railroad operations of October 15, 2005, in Texarkana, Arkansas.

C. W. Saylors

SWORN TO and SUBSCRIBED before me, the undersigned authority, on 3rd of August, 2006.

GENERAL NOTARY - State of Nebraska
MARY R. HOLEWINSKI
My Comm. Exp. Oct. 15, 2008

Notary Public in and for the State of Nebraska