# EXHIBIT "C"

# Union Pacific Railroad
# In the USA

### One of the Largest in the U.S.A.



Union Pacific Railroad is an operating subsidiary of Union Pacific Corporation (NYSE:UNP). It is one of the largest railroads in North America, operating in the western two-thirds of the United States. The system serves 23 states, linking every major West Coast and Gulf Coast port. It also serves four major gateways to the east: Chicago, St. Louis, Memphis and New Orleans. UP is the primary rail connection between the U.S. and Mexico. It interchanges traffic with the Canadian rail system.

The railroad has one of the most diversified commodity mixes in the industry, including chemicals, coal, food and food products, forest products, grain and grain products, intermodal, metals and minerals, and automobiles and parts.

Union Pacific's largest single customer is APL Limited, a steamship company that operates in the Pacific. Second is General Motors, followed by an assortment of chemical companies and utilities.

The railroad is the nation's largest hauler of chemicals, much of which originates along the Gulf Coast near Houston, Texas. Union Pacific is also one of the largest intermodal carriers – that is the transport of truck trailers and marine containers.

### Dependable Transportation

Having access to the coal-rich Powder River Basin in Wyoming and coal fields in Illinois, Colorado and Utah, the railroad moves more than 250 million tons of coal annually. It's one of Union Pacific's fastest-growing business areas. The company is investing millions of dollars annually to add capacity to handle coal traffic, including new locomotives, and new double and triple track main lines.

Although Union Pacific Railroad's primary role is transporting freight, it also runs a substantial commuter train operation in Chicago and California.

### Union Pacific Fast Facts in the USA

| | |
|---|---|
| *Miles of Track* | **32,400** |
| *Employees* | **50,000** |
| *Annual Payroll* | **$3.6 billion** |
| *Purchases Made* | **$3.9 billion** |
| *Locomotives* | **8,000** |
| *Freight Cars* | **107,000** |

Printer Friendly Version of this page