# EXHIBIT "D"

# 1969-1982
# The Railroad and Corporation

### An All-encompassing Symbol
As Union Pacific as a railroad grew, so also did its non-rail business. In 1969, Union Pacific formed a full-fledged corporation. Union Pacific Corporation became a new parent organization to its subsidiaries, the Union Pacific Railroad, and its other non-railroad operating companies. Finding it difficult to ignore an American icon, it was decided that one symbol would represent the corporation and all the subsidiaries: The UP Shield.

### Separate Subsidiaries Logos
Visual confusion between the Corporation, the Railroad, and the other subsidiaries reached an end in 1981. The creation of entirely new logos for the Corporation and the other subsidiaries left the original shield to the Union Pacific Railroad Company.

### Milestones

**Feb. 3, 1969**
Union Pacific Corporation formed. Union Pacific Railroad becomes a separate subsidiary company within the new corporation.

**Jul. 21, 1969**



**The 1969 Shield.** After the formation of Union Pacific Corporation, it was determined that one shield design would be used to identify the corporation and its subsidiaries. Modifying the 1950 Shield, the word "Railroad" is dropped from the escutcheon. Slightly refined on February 5, 1970, this logo will serve this capacity until its scope would be restricted to the railroad only in 1981. This is the current shield for the Union Pacific Railroad today. (shown below on Centennial DD40X 6936)



**Spring 1971**
Union Pacific ends passenger service. National Rail Passenger Service Act transfers most passenger service to "Amtrak" (America Travel and Track).

**Dec. 1974**
ICC rules in favor of the UP/RI merger, but three months later, UP terminates its merger offer.

**Sept. 15, 1980**
Union Pacific, Western Pacific, and Missouri Pacific merger application filed.

**1980**
Pacific Rail System, Inc. created by the corporation as a holding company for Union Pacific and Missouri Pacific.

**May 21, 1981**

**New Logotypes.** To stem confusion between the railroad, the corporation and its other subsidiaries, New York design firm Chermayeff & Geismar creates a new corporation logotype. As part of the new design program, new logotypes for the railroad, and the other subsidiaries are created. The goal was to make all subsidiaries distinct, yet connected to the corporation.



**Corporate Identifier.** The new logotype for **Union Pacific Corporation** has a new "plain vanilla" shield accompanied by the words "Union Pacific Corporation."



A Subsidiary of Union Pacific Corporation

**The 1981 Logotype.** The 1969 Shield is married to the words "Union Pacific Railroad" typeset in Futura all caps. Appearing beneath is an optional subsidiary tagline. This variation of the logo was used from 1981 to July 1983, and then again from January 1986 to the present.