# EXHIBIT "F"

# U.S. Guide to the Union Pacific Railroad
# Texas

### Services, Commodities and Customers

  Union Pacific is Texas' biggest railroad, serving all of its major cities and its gulf ports. With lines to the international gateways at El Paso, Eagle Pass, Laredo and Brownsville, Union Pacific is the primary U.S. rail link to Mexico.

Major commodities hauled by UP in the state include chemicals, export grain, gravel and aggregates, automobiles and automobile parts, paper, glass, coal and general merchandise. Union Pacific's top customers in the state include Chrysler de Mexico, the Lower Colorado River Authority electrical generating plant at Halstead, and City Public Service. Other important UP customers in Texas include the General Motors auto assembly plant at Arlington and the Dow Chemical complex in Freeport.

El Paso, Fort Worth and Houston are hubs of UP's operations in the state. Centennial Yard, one of the railroad's largest freight classification facilities, is located in Fort Worth. Of special interest in Fort Worth is Tower 55, the busiest railroad intersection in the United States, where several railroads share the crossing with Union Pacific. Settegast and Englewood Yards in Houston are major classification yards for the southern part of the state, serving the petrochemical industry along the Texas Gulf Coast. Union Pacific runs a freight car repair shop in Palestine, also the location of the system's national freight claims office. Diesel locomotive repair shops are located in Fort Worth and El Paso.

Amtrak operates passenger service over UP linking Texas to St. Louis through Texarkana, Dallas-Fort Worth and San Antonio and transcontinental service across southern Texas via Houston and San Antonio.

### Fast Facts in Texas

*Miles of Track*   **6,388**
*Employees*        **8,213**
*Annual Payroll*   **$512.4 million**
*Purchases Made*   **$1.1 billion**

Printer Friendly Version of this page

# Reference
# U.S. Guide to the Union Pacific Railroad



on Union Pacific involvement within specific states, select the state you wish to from the colored sections of the map above, or from the list below.

**the USA**

- Kansas
- Louisiana
- Minnesota
- Missouri
- Montana
- Nebraska
- Nevada
- New Mexico
- Oklahoma
- Oregon
- Tennessee
- Texas
- Utah
- Washington
- Wisconsin
- Wyoming



Power Your Career.
Join Our Team.
FIND OUT MORE