IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| NICHOLE Y. SARTOR | § § § | |
| Plaintiff | § § | |
| vs. | § § | No. 4:06-cv-4044 |
| UNION PACIFIC CORPORATION, UNION PACIFIC RAILROAD COMPANY | § § § § § | |
| Defendants | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff, Nicole Y. Sartor, and Defendants, Union Pacific Corporation and Union Pacific Railroad Company, move the Court for entry of an agreed Order of Dismissal With Prejudice as to the above-entitled cause of action. In support, the parties would show the Court the following: The parties have executed a Compromise Settlement Agreement and Release of All Claims.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants request the Court dismiss this civil action with prejudice and enter an Agreed Order of Dismissal With Prejudice, and for all costs, attorney fees, and other expenses to be taxed against the party incurring the same.

Respectfully submitted,

/s/ Richard Benjamin King
Louis Bradon Paddock
State Bar I.D. No. 93135

Richard Benjamin King
State Bar I.D. No. 2005260
NIX, PATTERSON & ROACH
2900 St. Michael drive, Suite 500
Texarkana, Texas  75503
Telephone:  903-223-3999
Facsimile :  903-223-8520

ATTORNEYS FOR PLAINTIFF


/s/ Sean F. Rommel
Sean F. Rommel
State Bar I.D. No. 94158
George L. McWilliams
State Bar I.D. No. 68078
PATTON, ROBERTS, McWILLIAMS,
   & CAPSHAW, L.L.P.
Century Bank Plaza - Suite 400
2900 St. Michael Drive
Post Office Box 6128
Texarkana, Texas  75505-6128
Telephone:  903-334-7000
Facsimile:  903-334-7007

ATTORNEYS FOR DEFENDANTS