IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

NICHOLE Y. SARTOR                                                                                          PLAINTIFF

VS.                                              CASE NO. 06-CV-4044

UNION PACIFIC CORPORATION,
UNION PACIFIC RAILROAD
COMPANY                                                                                                  DEFENDANTS

### ORDER

Before the Court is Nichole Y. Sartor, Union Pacific Corporation and Union Pacific Railroad Company's Joint Motion to Dismiss With Prejudice. (Doc. 25). The parties jointly seek dismissal of this action with prejudice, informing the Court that the parties have settled.

Upon consideration, the Court is satisfied that good cause for the motion has been shown, and that the Joint Motion for Dismissal With Prejudice should be and hereby is **GRANTED**. All claims are hereby **DISMISSED WITH PREJUDICE**. All costs and fees incurred by the parties will be born by the party that incurred them.

**IT IS SO ORDERED**, this 13th day of December, 2006.

                                                          /s/Harry F. Barnes
                                                      Hon. Harry F. Barnes
                                                      United States District Judge